UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN R. WAGENER and DONALD F. CHAMPOUX, On behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SBC PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, <br><br> Defendant. | Civil Action No. 03-769 (RCL) <br><br> CLASS ACTION |

## STIPULATION AND ORDER

Upon consideration of plaintiffs' and defendant's Agreed Motion [37] for Order Approving the Parties' Stipulation with Respect to the Dates for Filing Discovery Motions, the applicable law and the entire record herein, it is hereby

ORDERED that plaintiffs' and defendant's Agreed Motion [37] for Order Approving the Parties' Stipulation with Respect to the Dates for Filing Discovery Motions is GRANTED. The following shall govern discovery in this case:

1. The defendant has prepared a draft of a Motion for Protective Order with Respect to the Scope of Discovery that pertains to the requests served on it and on third parties. Defendant's counsel has furnished a draft of that motion to the plaintiffs.

2. Plaintiffs' counsel have requested that defendant defer filing of the Motion for Protective Order with Respect to the Scope of Discovery, pending the review by

plaintiffs' counsel of the documents to be produced by defendant and others in response to the outstanding discovery requests.

3. Defendant is willing to withhold the filing of the Motion for Protective Order with Respect to the Scope of Discovery based on the following agreements between plaintiffs and defendant and subject to the approval of the Court:

   a. The defendant will defer filing its Motion for Protective Order with Respect to the Scope of Discovery until March 16, 2006, or such later date as the parties may agree in writing;

   b. No motion to compel discovery with respect to any outstanding discovery requests will be filed by plaintiffs before March 23, 2006;

   c. Pending resolution of any dispute with respect to the scope of discovery, defendant may request that third parties withhold discovery responses consistent with defendant's stated view of the proper scope of discovery in this case and the third party's advice to plaintiffs' counsel of the request; and

   d. Defendant's Motion for Protective Order with Respect to the Scope of Discovery will not be considered untimely with respect to plaintiff's pending discovery requests and outstanding subpoenas that have already been served in this case so long as the Motion for Protective Order with Respect to the Scope of Discovery is filed on or before March 16, 2006, or such later date as the parties may

agree in writing.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 20, 2006.