IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN R. WAGENER and<br>DONALD F. CHAMPOUX, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SBC PENSION BENEFIT PLAN-<br>NON-BARGAINED PROGRAM,<br><br>Defendant. | CASE NO. 1:03CV00769 (RCL)<br><br>CLASS ACTION |

## STIPULATION

Subject to the approval of the Court, the parties have agreed as follows with respect to their controversy concerning discovery:

1. Defendant SBC Pension Benefit Plan—Non-Bargained Program, has filed a motion for protective order with respect to the scope of discovery. Plaintiffs have stated that they have disputes with respect to discovery in addition to their view that Defendant is not entitled to the relief that it seeks in the motion for protective order. In an effort to resolve discovery issues efficiently, the parties have agreed to the following schedule (subject to the approval of the Court):

   A. Plaintiffs will file one document containing their opposition to the motion for protective order and their motion to compel discovery on June 6, 2006.

   B. Defendant will file one document containing its reply in support of its motion for protective order and its opposition to the motion to compel on June 27, 2006.

    C.    Plaintiffs will file one document containing their surreply to the motion for protective order and their reply in support of their motion to compel on July 11, 2006.

    D.    Defendant will file its surreply in opposition to the motion to compel on July 24, 2006.

2.    The parties jointly request the Court's approval of their stipulation to this schedule for the resolution of their discovery disputes.

Dated: May 11, 2006

Respectfully submitted,

_____  
Marc I. Machiz (D.C. Bar No. 362529)  
**Cohen, Milstein, Hausfeld & Toll, PLLC**  
One South Broad Street, Suite 1850  
Philadelphia, Pennsylvania 19107  
Telephone: (215) 825-4010  
Facsimile:  (215) 825-4001  

Eli Gottesdiener (D.C. Bar No. 420764)  
**Gottesdiener Law Firm, PLLC**  
1025 Connecticut Avenue, N.W., Suite 1000  
Washington, D.C. 20036  
Telephone: (202) 243-1000  
Facsimile:  (202) 243-1001  

Attorneys for Plaintiffs

_____  
C. Michael Buxton (D.C. Bar No. 200089)  
**Vinson & Elkins L.L.P.**  
The Willard Office Building  
1455 Pennsylvania Avenue, N.W., Suite 600  
Washington, D.C. 20004-1008  
Telephone: (202) 639-6571  
Facsimile:  (202) 639-6604  

John L. Carter (Admitted Pro Hac Vice)  
Bruce A. Blefeld (Admitted Pro Hac Vice)  
**Vinson & Elkins L.L.P.**  
2300 First City Tower  
1001 Fannin Street  
Houston, Texas 77002-6760  
Telephone: (713) 758-2124  
Facsimile:  (713) 615-5307  

Attorneys for Defendant SBC Pension Benefit Plan—Non-Bargained Program

2837629_1.DOC