UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN R. WAGENER and DONALD F. CHAMPOUX, <br><br>On behalf of themselves and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>SBC PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, <br><br>Defendant. | Civil Action No. 03-769 (RCL) <br><br>CLASS ACTION |

**ORDER**

Upon consideration of the Stipulation [46] filed by the parties concerning discovery, it is hereby

ORDERED that the Stipulation [46] is APPROVED. It is further

ORDERED that the following deadlines shall apply in this case:

1. Plaintiffs will file one document containing their opposition to the motion for protective order and their motion to compel discovery on June 6, 2006;

2. Defendant will file one document containing its reply in support of its motion for protective order and its opposition to the motion to compel on June 27, 2006;

3. Plaintiffs will file one document containing their surreply to the motion for protective order and their reply in support of their motion to compel on

        July 11, 2006; and

4.     Defendant will file its surreply in opposition to the motion to the compel on July 24, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006.