UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN R. WAGENER and DONALD F. CHAMPOUX,<br><br>On behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SBC PENSION BENEFIT PLAN – NONBARGAINED PROGRAM,<br><br>Defendant. | Civil Action No. 03-769 (RCL)<br><br>CLASS ACTION |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Under Seal, it is hereby

ORDERED that Plaintiffs' Opposition to Defendant's Motion for a Protective Order, Plaintiffs' Cross-Motion to Compel Responses to Discovery and Enforce Subpoenas, and the Declaration of Whitney R. Case and the exhibits attached thereto should be filed under seal.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.